Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354
Tel: (209) 575-4844

Attorney for Defendant
REBECCA GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00119 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER CONTINUING MOTION OF** |
| | **BILL OF PARTICULARS** |
| REBECCA GUZMAN, | Judge: Hon. Kendall J. Newman |
| Defendant. | |

IT IS HEREBY STIPULATED by and between JASON HITT and WILLIAM S. WONG, Assistant United States Attorneys, and KIRK W. McALLISTER, attorney for the defendant REBECCA GUZMAN, that the motion for bill of particulars presently scheduled for December 16, 2011 at 2:00 p.m. be vacated and rescheduled for February 15, 2012 at 2:00 p.m.

///
///
///
///
///
///
///
///

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354

This continuance is requested to allow both the prosecution and defense time to discuss a possible resolution of this matter. In particular, the defendant is awaiting receipt of trial transcripts from the related case. After receipt and review of the transcripts, the defendant's motion may be rendered moot and therefore a hearing on the motion would be unnecessary.

Respectfully submitted,

KIRK W. MCALLISTER
Attorney for Defendant

Dated: December 13, 2011  /s/ Kirk W. McAllister
KIRK W. McALLISTER
Attorney for Defendant Rebecca Guzman

/s/ Kirk W. McAllister
Dated: December 13, 2011  Authorized to sign for Mr. Hitt on 12/13/11.
JASON HITT
WILLIAM S. WONG
Assistant U.S. Attorneys

# **ORDER**

IT IS SO ORDERED that the motion for bill of particulars set for December 16, 2011 at 2:00 p.m. be vacated and rescheduled for February 15, 2012 at 2:00 p.m.

Dated: December 14, 2011

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE