1 | GAIL SHIFMAN
ATTORNEY AT LAW
2 | 601 California Street
Suite 1800
3 | San Francisco, CA  94108
Telephone:  (415) 551-1500
4 | Facsimile:  (415) 551-1502

Attorney for Defendant
DANNY PEREDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 11-CR-0119 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | |
| DANNY PEREDA, | |
| Defendant. | |

Plaintiff, by and through its attorney of record, and defendant Danny Pereda, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

1. That the parties are currently scheduled for sentencing on October 22, 2012 at 9:30 a.m.

2. That defense counsel has a conflicting court appearance in the Northern District of California on October 22, 2012.

3. That the parties request that the Court vacate the

October 22, 2012 sentencing to January 7, 2013 at 9:30 a.m.

Probation Officer Miranda Lutke is in agreement with this change.

Dated: October 1, 2012    _____/s/_____
                          Jason Hitt
                          Assistant United States Attorney

Dated: October 1, 2012    _____/s/_____
                          Gail Shifman
                          Attorney for Defendant Danny Pereda

**ORDER**

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the October 22, 2012 sentencing shall be vacated and continued until January 7, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: October 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE