1   **Tim A. Pori (SBN 189270)**
2   **John F. Baumgardner (SBN 275674)**
    LAW OFFICES OF TIM A. PORI
3   521 Georgia Street
    Vallejo, CA 94590
    Telephone: (707) 644-4004
4   Facsimile: (707) 644-7528

5   Attorneys for Defendant JORGE SANDOVAL

6

7                          **UNITED STATES DISTRICT COURT**

8                          **EASTERN DISTRICT OF CALIFORNIA**

9

10
    UNITED STATES OF AMERICA,                    Case No. 2:11-cr-00119 WBS
11
                    Plaintiff,
12                                               **STIPULATION AND [~~PROPOSED~~]**
    vs.                                          **ORDER TO EXCLUDE TIME**
13
    ROBERT HANRAHAN,
14  JORGE SANDOVAL, et al.,

15                  Defendants.

16  _____/

17

18          The parties hereby stipulate that the status conference in this case be continued

19  from Monday, October 15, 2012, at 9:30 a.m. to Monday, November 5, 2012, at 9:30 a.m.

20  The parties stipulate that the time between October 15, 2012, and November 5, 2012,

21  should be excluded from the calculation of time under the Speedy Trial Act.  The parties

22  stipulate that the ends of justice are served by the Court excluding such time, so that

23  counsel for the defendant may have reasonable time necessary for effective preparation,

24  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and

25  Local Code T-4.  Specifically, counsel for defendant Sandoval will be out of the country

26  on a preplanned, prepaid vacation on the court-proposed date of October 29, 2012.

27  Therefore the parties have stipulated to continue the status conference in this case.  The

28  parties stipulate and agree that the interests of justice served by granting this continuance

                                              1

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

The parties further request that this matter be taken off the October 15, 2012 calendar before Judge William B. Shubb and be rescheduled for November 5, 2012, at 9:30 a.m. before Judge Shubb.

Respectfully submitted

LAW OFFICES OF TIM A. PORI

Date: October 12, 2012        /s/ Tim A. Pori
                              TIM A. PORI
                              Attorney for Defendant JORGE SANDOVAL

Date: October 12, 2012        /s/ Philip Cozens (Authorized 10/12/12)
                              PHILIP COZENS
                              Attorney for Defendant CAROLYN HUERTA

Date: October 12, 2012        /s/ Linda Fullerton (Authorized 10/9/12)
                              LINDA FULLERTON
                              Attorney for Defendant ROBERT HANRAHAN

Date: October 12, 2012        /s/ Jason Hitt (Authorized 10/9/12)
                              JASON HITT
                              Assistant United States Attorney

Date: October 12, 2012        /s/ William S. Wong (Authorized 10/9/12)
                              WILLIAM S. WONG
                              Assistant United States Attorney


## ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to November 5, 2012, at 9:30 a.m. before the Honorable William B. Shubb and that the time between October 15, 2012, and November 5, 2012, be excluded from the calculation of time under the Speedy Trial Act.

Dated: October 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE