1   Philip Cozens, State Bar Number 84051
2   Attorney at Law
3   1007 Seventh Street, Suite 500
4   Sacramento, CA   95814
5
6   Telephone: (916) 443-1504
7   Fax: (916) 443-1511
8   Email: pcozens@aol.com
9
10  Attorney for Defendant Carolyn Huerta
11
12
13
14              IN THE UNITED STATES DISTRICT COURT
15
16          FOR THE EASTERN DISTRICT OF CALIFORNIA
17
18  UNITED STATES OF AMERICA,          )    Case No. 2:11-CR-0119-03 WBS
19                                     )
20          Plaintiff,                 )    STIPULATION FOR CONTINUANCE OF
21                                     )    DEFENDANT HUERTA'S
22                                     )    SENTENCING HEARING FROM JUNE
23          v.                         )    24, 2013 TO SEPTEMBER 9, 2013
24                                     )
25  CAROLYN HUERTA,                    )
26                                     )
27          Defendant.                 )
28  _____)
29

30          It is stipulated between the United States Attorney's Office for the Eastern District of

31  California by Assistant United States Attorney Jason Hitt, Esq. and Defendant Carolyn Huerta

32  through her attorney Philip Cozens, Esq., that:

33          The Sentencing Hearing currently scheduled for June 24, 2013, at 9:30 a.m. in Judge

34  Shubb's Court be re-scheduled for September 9, 2013 at 9:30 a.m. in Judge Shubb's Court.  The

35  stipulated continuance is necessary for probation report to be prepared.  Defendant Carolyn

36  Huerta's attorney was engaged in back-to-back trials in Department 2 of the Superior Court of

37  California, County of Yolo and Department 16 in Sacramento County and delayed the probation

38  officer in interviewing Defendant.

STIPULATION FOR CONTINUANCE OF SENTENCING HEARING     -1-

1  Time should be excluded for defense attorney preparation pursuant to Local Code T4 and

2  the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

3  should be excluded from speedy trial calculations from June 24, 2013 through and including

4  September 9, 2013.

5  It is so stipulated.

6  Dated: June 20, 2013                    /s/ Jason Hitt, Esq._____

7                                          Jason Hitt, Esq.

8                                          Assistant United States Attorney

9                                          Eastern District of California

10

11                                         /s/ Philip Cozens_____

12                                         Philip Cozens

13                                         Attorney for Defendant Carolyn Huerta

14                                **ORDER**

15  The court, having read and considered the above-stipulation and finding good

16 cause therefore, orders that the Sentencing Hearing currently scheduled for June 24, 2013, at

17 9:30 a.m. in Judge Shubb's Court be re-scheduled for September 9, 2013 at 9:30 a.m. in Judge

18 Shubb's Court.  There is no reason for the court to find excludable time, because the defendant

19 has already entered a plea of guilty and the continuance is only for imposition of the judgment

20 and sentence.  Nevertheless, because the attorneys have so stipulated, time is excluded for

21 defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice

22 outweigh the Defendant's and the  public's interest in a speedy trial.  Time will be excluded from

23 speedy trial calculations from June 24, 2013 through and including September 9, 2013.

24 Dated:  June 21, 2013

25

26 _____

    WILLIAM B. SHUBB

27  UNITED STATES DISTRICT JUDGE

STIPULATION FOR CONTINUANCE OF SENTENCING HEARING    -2-