```
 1  GAIL SHIFMAN
    ATTORNEY AT LAW
 2  601 California Street
    Suite 1800
 3  San Francisco, CA  94108
    Telephone:  (415) 551-1500
 4  Facsimile:  (415) 551-1502

 5  Attorney for Defendant
    DANNY PEREDA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 11-CR-0119-05 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING |
| v. | |
| DANNY PEREDA, | |
| Defendant. | |

Plaintiff, by and through its attorney of record, and defendant Danny Pereda, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

1. That the parties are currently scheduled for sentencing on July 29, 2013 at 9:30 a.m.

2. That the Assistant U.S. Attorney is currently in trial and defense counsel has a conflicting court appearance in the Northern District of California on that date.

3.  That the parties request that the Court vacate the July 29, 2013 sentencing to August 19, 2013 at 9:30 a.m. Probation Officer Miranda Lutke has been advised of this requested date change.

Dated: July 24, 2013          _____/s/_____
                              Jason Hitt
                              Assistant United States Attorney

Dated: July 24, 2013          _____/s/_____
                              Gail Shifman
                              Attorney for Defendant Danny Pereda

**ORDER**

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the July 29, 2013 sentencing shall be vacated and continued until August 19, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  July 24, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE