```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    WILLIAM S. WONG
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2751
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:11-cr-0119-04 WBS
                                 )
12          Plaintiff,           )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE DATE
13      v.                       )
                                 )
14  JORGE SANDOVAL,              )
                                 )
15          Defendant.           )
                                 )
16                               )
    _____)
17
18      Plaintiff, United States of America, by its counsel, Assistant
19  United States Attorneys Jason Hitt and William S. Wong, and
20  defendant Jorge SANDOVAL, by and through his counsel Tim Pori, Esq.,
21  stipulate and agree that the existing status conference date of
22  August 12, 2013 should be vacated.  The parties further stipulate
23  and agree that a status conference should be set for October 21,
24  2013, at 9:30 a.m.
25      The parties believe a continuance of the status conference from
26  March to April will save judicial resources by eliminating an
27  unnecessary status conference because the defense counsel are
28  actively investigating the case and evaluating the trial transcripts
```

from the previous 2009 and 2010 trials conducted in the related case of <u>United States v. Diaz, et al.</u>, Case No. 2:07-cr-0248 WBS. In addition, the government is in active negotiations with the defendant to reach a possible resolution. The time from today's date to October 21, 2013 will give the parties additional time to try and resolve sentencing issues, the defendant's outstanding criminal case in San Francisco, and other matters related to the defendant's cooperation agreement with the government. For these reasons, the parties respectfully request that the Court vacate the August 12, 2013 status conference date and set a new status conference date of October 21, 2013, at 9:30 a.m. because it should achieve a significant savings of time and judicial resources while the parties get closer to reaching resolution or setting a trial date.

    The parties further stipulate and agree that the defendant and defense counsel will benefit greatly from the additional time between today's date of August 12, 2013 and October 21, 2013 in order for the defense to effectively evaluate the posture of the case and complete the negotiation process and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. Accordingly, the parties stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

    In addition, the defendant's counsel concurs the Court's earlier finding that this matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2) because of the voluminous discovery, including three Title III wiretaps, the complexity and nature of the underlying conspiracy theory involving

2

both gang and drug trafficking activities, and the intertwined related case involving many convicted defendants in <u>United States v. Diaz, et al.</u>, Case No. 2:07-cr-0248 WBS. The parties therefore stipulate that time between August 12, 2013, and October 21, 2013, should be excluded from the Speedy Trial Act based upon the complexity of this case under 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 9, 2013  By: /s/Jason Hitt
JASON HITT
WILLIAM S. WONG
Assistant U.S. Attorneys

DATED: August 9, 2013  By: /s/Jason Hitt
Authorized to sign for Mr. Pori on 03-08-12
TIM PORI, Esq.
Attorney for Jorge SANDOVAL

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter is set for August 12, 2013, at 9:30 a.m. is VACATED;

2. A new status conference date is set for October 21, 2013, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from August 12, 2013, up to and including October 21, 2013. The Court further finds that this case complex and unusual because of the voluminous discovery supporting the charges, the unique form of drug conspiracy in the case, and extensive trial transcripts from the related case involving many convicted defendants in United States v. Diaz, et al., Case No. 2:07-cr-0248 WBS. Accordingly, time under the Speedy Trial Act shall be excluded through October 21, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T2.

**IT IS SO ORDERED.**

DATED: August 9, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE