Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Carolyn Huerta

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>          Plaintiff,                            )<br>                                                          )<br>                                                          )<br>     v.                                               )<br>                                                          )<br> CAROLYN HUERTA, et al.           )<br>                                                          )<br>          Defendants.                        )<br>_____) | Case No. 2:11-CR-0119-03 WBS<br><br>STIPULATION FOR CONTINUANCE OF DEFENDANT HUERTA'S SENTENCING HEARING FROM SEPTEMBER 9, 2013 TO OCTOBER 21, 2013 |

     It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jason Hitt, Esq. and Defendant Carolyn Huerta through her attorney Philip Cozens, Esq., that:

     The Sentencing Hearing currently scheduled for September 9, 2013, at 9:30 a.m. in Judge Shubb's Court be re-scheduled for October 21, 2013 at 9:30 a.m. in Judge Shubb's Court.  The stipulated continuance is necessary for probation report to be prepared.  Probation Officer Linda Moore informed counsel that the probation report will be available next week.

     Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

STIPULATION FOR CONTINUANCE OF SENTENCING HEARING     -1-

| | |
|---|---|
| 3 | should be excluded from speedy trial calculations from September 9, 2013 through and including |
| 4 | October 21, 2013. |
| 4 | It is so stipulated. |
| 5 | Dated: September 4, 2013 /s/ Jason Hitt, Esq._____ |
| 6 | Jason Hitt, Esq. |
| 7 | Assistant United States Attorney |
| 8 | Eastern District of California |
| 9 | |
| 10 | /s/ Philip Cozens_____ |
| 11 | Philip Cozens |
| 12 | Attorney for Defendant Carolyn Huerta |

### ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for September 9, 2013, at 9:30 a.m. in Judge Shubb's Court be re-scheduled for October 21, 2013 at 9:30 a.m. in Judge Shubb's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from September 9, 2013 through and including October 21, 2013.

Dated: September 6, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE