UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0119-02 WBS |
| Plaintiff, | |
| v. | **ORDER** |
| JUAN GALLEGOS, | |
| Defendant. | |

----oo0oo----

Because there is nothing pending before the court in this matter, defendant's request for assistance (Docket No. 169) in ordering his attorney to send certain materials to him must be, and the same hereby is, DENIED.

Dated: October 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1